IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: EX PARTE APPLICATION | § | |
| OF XIAOMI INC., XIAOMI | § | |
| COMMUNICATIONS CO., LTD, | § | No. 3:25-mc-71-K-BN |
| XIAOMI TECHNOLOGY | § | |
| NETHERLANDS B.V. AND XIAOMI | § | |
| TECHNOLOGY GERMANY GMBH | § | |
| FOR AN ORDER PURSUANT TO 28 | § | |
| U.S.C. § 1782 TO OBTAIN | § | |
| DISCOVERY FOR USE IN FOREIGN | § | |
| PROCEEDING | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed on June 29, 2026 (Doc. No. 44), Response to the Objections were filed on July 10, 2026 (Doc. No. 45), and a Reply to the Objections were filed on July 24, 2026 (Doc. No. 48). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS the Application of Xiaomi Inc., Xiaomi Communications Co., Ltd, Xiaomi Technology Netherlands B.V., and Xiaomi Technology Germany Gmbh for an Order Pursuant to 28 U.S.C. § 1782 to Obtain

Discovery for use in a Foreign Proceeding [Dkt. No. 1] and GRANTS Xiaomi the authority to issue and serve a subpoena duces tecum to Advanced Standard Communication LLC in the form of the subpoena duces tecum attached as Exhibit 2 to Xiaomi's Section 1782 Application.

SO ORDERED.

Signed July 27th, 2026.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE